CATHERINE M. MITTNACHT, Appellant, v. WILLIAM J. DALTON, as Mayor of the City of Long Beach, and HUMBERT MIELE, Respondents.—Order denying plaintiff's motion for an injunction *pendente lite* affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

ERNEST C. MOORE, Respondent, v. THE ARUNDEL CORPORATION, Appellant.— Order granting motion for discovery and inspection modified so as to provide for a discovery under the third contract with the United States, described in the complaint herein as " Diamond Reef " contract; and as so modified, order affirmed, without costs. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE DESENA, Appellant.— Judgment of conviction of the Court of Special Sessions unanimously affirmed. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SIMON GROSS, Appellant.— Judgment of conviction of the Court of Special Sessions unanimously affirmed. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAM MILLER, Appellant.— Judgment of conviction of the Court of Special Sessions unanimously affirmed. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.*

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. SQUARE DEAL POULTRY CORPORATION, Respondent. DORA HARNETT and JACOB HARNETT, Appellants.— Order in so far as it directs appellants to deliver possession of the business at 425–431 Hegeman avenue, Brooklyn, to the receiver, and enjoins them from interfering with said business by the receiver, reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied. The order as made necessitates a delivery of the possession of the premises, the right to the possession of which is substantially disputed by the owner, who is in actual possession, under proof, which is not denied here, of a surrender of the premises to her under the lease. The landlord not being a party to the action in which the receiver was appointed, the dispute as to possession can be determined only by appropriate action by the receiver, where the issues of law and fact can be disposed of. In our opinion this cannot be done in a summary way, by motion, in the manner as sought by this order. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY ZACCONE, Appellant.— Judgment of conviction of the Court of Special Sessions unanimously affirmed. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

ROSEILLO CEMENT BLOCK & CONSTRUCTION COMPANY, INC., Appellant, v. JAMES HESTER and Others, Respondents.—Order of the County Court of Kings County, denying motion to strike out the defendants' answer and for judgment on the pleadings, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.